171 So.2d 476

**Gilbert J. GUIDRY**

v.

**Helen VINCENT, his wife.**

No. 47646.

Feb. 12, 1965.

In re: Gilbert J. Guidry applying for writs of prohibition, mandamus and certiorari.

Writs refused. The ruling complained of is correct.

171 So.2d 476

**Succession of Frank FAVALORA.**

No. 47594.

Feb. 23, 1965.

In re: Mamie Favalora Durr, Margaret Favalora Bordes and John E. Adkins, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans, 169 So.2d 197.

Writ refused. There is no error of law in judgment complained of.